UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY TORRES JR., P02328,<br><br>Petitioner,<br><br>v.<br><br>THERESA CISNEROS, Warden,<br><br>Respondent. | Case No. 22-cv-05740-CRB (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE PETITION, AND DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(ECF No. 2) |

Petitioner, a state prisoner currently incarcerated at the California Substance Abuse Treatment Facility and State Prison, Corcoran (SATP-CSP, Corcoran), has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a 1998 conviction and sentence from Monterey County Superior Court. His first petition challenging the 1998 conviction and sentence was denied on the merits on January 12, 2001. See Torres v. Mueller, No. 00-cv-01714-VRW (N.D. Cal. Jan. 12, 2001) (order denying petition for writ of habeas corpus). Petitioner also moves for appointment of counsel.

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order from the Ninth Circuit.

Petitioner's motion for appointment of counsel (ECF No. 2) is DENIED as moot and for lack of merit. See LaMere v. Risley, 827 F.2d 622, 626 (9th Cir. 1987) (no abuse of discretion to deny motion for appointment of counsel where pleadings illustrate that petitioner has good understanding of issues and ability to present his claims and contentions).

1   The clerk is instructed to terminate the motion appearing on ECF as item number 2 and to
2   close the case.
3   **IT IS SO ORDERED**.
4   Dated:  November 22, 2022

_____
CHARLES R. BREYER
United States District Judge